**IN RE: UNITED STATES of America; Donald J. Trump; U.S. Department of Homeland Security; Elaine C. Duke,**

**United States of America; Donald J. Trump; U.S. Department of Homeland Security; Elaine C. Duke, in her official capacity as Acting Secretary of the Department of Homeland Security, Petitioners,**

**v.**

**United States District Court for the Northern District of California, San Francisco, Respondent,**

---

1. The Honorable Patrick J. Schiltz, United States District Judge for the District of Minnesota.

Regents of the University of California; Janet Napolitano, in her official capacity as President of the University of California; State of California; State of Maine; State of Minnesota; State of Maryland; City of San Jose; Dulce Garcia; Miriam Gonzalez Avila; Viridiana Chabolla Mendoza; Norma Ramirez; County of Santa Clara; Service Employees International Union Local 521; Jirayut Latthivongskorn; Saul Jimenez Suarez, Real Parties in Interest.

No. 17-72917

United States Court of Appeals, Ninth Circuit.

FILED NOVEMBER 21, 2017

Before: WARDLAW, GOULD, and WATFORD, Circuit Judges.

### ORDER

Before the court is the government's emergency motion for a stay of our order of November 16, 2017, which denied the government's petition for a writ of mandamus and lifted a temporary stay that we had previously imposed. As the order denying mandamus relief was effective immediately upon its issuance, *see Ellis v. U.S. Dist. Court*, 360 F.3d 1022, 1023 (9th Cir. 2004) (en banc), jurisdiction now lies with the district court, and not with this court. *Compare Daimler–Benz Aktiengesellschaft v. U.S. Dist. Court*, 805 F.2d 340, 341–42 (10th Cir. 1986) (ordering a stay of district court proceedings *before* any order denying or granting mandamus had issued). If the government seeks further relief from this court, it must do so in a new petition for mandamus. The government's emergency motion for a stay is therefore DISMISSED.

**IT IS SO ORDERED.**